**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6666

ANDRE FLENNARD JONES EL,

Plaintiff - Appellant,

versus

STAN G. BERRY, Sheriff/Warden In Charge,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (CA-05-218-2)

Submitted:  August 12, 2005      Decided:  September 7, 2005

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andre Flennard Jones El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Flennard Jones El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones El v. Berry, No. CA-05-218-2 (E.D. Va. filed Apr. 14, 2005 & entered Apr. 15, 2005). We deny Jones El's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED